IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

EDWARD TOLEDO,

    Plaintiff,

vs.                                                Civ. No. 25-272 KRS/SCY

SEONGSOO KIM, SJY TRANSPORTATION,
and PROGRESSIVE INSURANCE COMPANY,

    Defendants.

## ORDER TO FILE CORPORATE AND CITIZENSHIP DISCLOSURE STATEMENTS

Federal Rule of Procedure 7.1 requires every nongovernmental corporate party to file a statement that: "(A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (B) states that there is no such corporation." Fed. R. Civ. P. 7.1(a)(1).

Federal Rule of Civil Procedure 7.1 also requires every party to file a disclosure statement as to its own citizenship. See Fed. R. Civ. P. 7.1(a)(2) ("In an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), a party or intervenor must, unless the court orders otherwise, file a disclosure statement. The statement must name -- and identify the citizenship of -- every individual or entity whose citizenship is attributed to that party or intervenor: when the action is filed in or removed to federal court.").

These disclosures are due "with [the party's] first appearance, pleading, petition, motion, response, or other request addressed to the court." Fed. R. Civ. P. 7.1(b)(1). Defendants SJY Transportation and National Continental Insurance are nongovernmental corporate parties who have filed an answer but not filed corporate disclosure statements. Doc. 7 & 9. In particular,

Defendant SJY Transportation must file a citizenship disclosure statement to cure the insufficient jurisdictional allegations in the notice of removal.[1]

THEREFORE, IT IS ORDERED THAT Defendants SJY Transportation and National Continental Insurance file corporate disclosure statements no later than 21 days of the date of this Order.

IT IS FURTHER ORDERED that Defendant SJY Transportation and National Continental Insurance file citizenship disclosure statements that fully comply with Rule 7.1 no later than 21 days of the date of this Order.

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

---

[1] Although the notice of removal adequately alleges the citizenship of the other parties, it lacks an allegation as to Defendant SJY Transportation's place of incorporation. Doc. 1 ¶ 16; *cf.* 28 U.S.C. § 1332(c) (a corporation is deemed to be a citizen of the state in which it is incorporated *and* in which it maintains its principal place of business).