IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**EDWARD TOLEDO,**

    Plaintiff,

v.                                                                  No. 1:25-cv-00272-KG/SCY

**SEONGSOO KIM, SJY TRANSPORTATION,**
And **NATIONAL CONTINENTAL INSURANCE COMPANY,**

    Defendants.

## STIPULATED ORDER FOR DISMISSAL

THIS MATTER, having come before this Court upon Motion for Dismissal of Defendants, Seongsoo Kim, SJY Transportation and National Continental Insurance Company, and the parties hereby stipulating to this Order, and the Court being fully advised in the premises, finds that there is good cause to grant this Motion.

IT IS HEREBY ORDERED that Plaintiff's claims against the Defendants in the above-captioned matter are dismissed with prejudice, with all parties to bear their own attorney's fees and costs.

                                                              /s/_____
                                                              KENNETH J. GONZALES[1]
                                                              CHIEF UNITED STATES DISTRICT JUDGE

---

[1] Please note that this document has been electronically filed. To verify its authenticity, please refer to the Digital File Stamp on the NEF (Notice of Electronic Filing) accompanying this document. Electronically filed documents can be found on the court's PACER public access system.

SUBMITTED:

O'BRIEN & PADILLA, P.C.

By: */s/     Daniel J. O'Brien*
    DANIEL J. O'BRIEN
    6000 Indian School Rd. N.E., Suite 200
    Albuquerque, NM 87110
    (505) 883-8181
    dobrien@obrienlawoffice.com
    *Attorneys for Defendants*


APPROVED:

PARNALL LAW FIRM, LLC

    *Approved via email*
By: *Brian J. Murray – 06/12/25*
    BRIAN J. MURRAY
    P.O. Box 8009
    Albuquerque, NM 87198
    (505) 268-6500
    BrianMuray@parnalllawoffice.com
    *Attorneys for Plaintiff*